LESTER *et al. v.* THE EQUITABLE MORTGAGE COMPANY.

The plaintiffs in error having not only failed to brief the evidence as required by law, but having incorporated needlessly in the bill of exceptions all of the pleadings, thus aggravating the very evil which the act of 1889 for bringing cases to this court was in a large measure intended to prevent, and having thus arbitrarily departed from the method prescribed by that act for bringing cases here, the                                        *Writ of error is dismissed.*

May 8, 1893

C. D. PHILLIPS, E. FAW and W. R. POWER, for plaintiffs.
SESSIONS & SESSIONS and PAYNE & TYE, for defendant.

---

DELK *v.* PICKENS.

The plaintiff in error having copied in full in the bill of exceptions the material portions of the record, and having also specified the same to be brought up in the record, in violation of both the letter and the spirit of the act of 1889 prescribing the manner in which cases shall be brought to this court, by duplicating instead of abbreviating the record, the writ of error must be        *Dismissed.*

June 26, 1893.

C. D. PHILLIPS and J. Z. FOSTER, for plaintiff in error.
W. R. POWER, *contra.*

---

JEEMS *v.* GUNN.

A fast bill of exceptions complaining of the grant of an interlocutory injunction, having been served on the 11th day of January, and the transcript of the record not having been certified by the clerk and transmitted to this court until February 4th, the transmission was too late, section 3213 of the code requiring such transmission to be made in fifteen days after the date of service.

July 26, 1893.                                   *Writ of error dismissed.*

JONES & DASHER, for plaintiff in error.
L. D. MOORE, *contra.*